1  TONY TAMBURELLO, SBN: 46037
   LAW OFFICE OF TONY TAMBURELLO
2  214 Duboce Avenue
   San Francisco, California 94103
3  Telephone (415) 431-4500
   Facsimile (415) 255-8631
4  e-mail: ttduboce@mindspring.com

5  Attorney for Defendant
   FREDERICK LIM JOHNSON
6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9                                    )  No.  3-07-70312 EDL
                                     )
10                                   )  **NOTICE OF MR. JOHNSON'S**
   UNITED STATES OF AMERICA          )  **JOINDER IN DEFENDANT KANG'S**
11                                   )  **PRE-HEARING MEMORANDUM**
             Plaintiff,              )  **RE: DETENTION HEARING**
12                                   )  **PROCEDURE, AND MOTION TO**
     v.                              )  **DISMISS FOR LACK OF**
13                                   )  **PROBABLE CAUSE**
   FREDERICK LIM JOHNSON , et al.,   )
14                                   )  **DATE: JUNE 7, 2007**
             Defendant               )  **TIME: 9:00a.m.**
15                                   )  **DEPT: THE HONORABLE**
   _____)  **MAGISTRATE JUDGE ZIMMERMAN**
16

17
   TO:  PLAINTIFF UNITED STATES OF AMERICA AND TO ITS ATTORNEYS:
18
        ANDREW CAPUTO:
19

20
        PLEASE TAKE NOTICE THAT, Mr. Frederick Lim Johnson hereby
21
   joins in Mr. Kang's above captioned motion as is applicable and
22
   relevant to Mr. Johnson
23
                                RESPECTFULLY SUBMITTED,
24

25
   DATED: ____June 4, 2007____        /S/_____
26                                    TONY TAMBURELLO
                                      ATTORNEY FOR DEFENDANT
27                                    FREDERICK LIM JOHNSON

28
                              1         *C:\Wp60\Wp60\FD\JoinMODismissLackCause.Johnson.wpd*