```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  ANDREW P. CAPUTO (CABN 203655)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California 94102
       Telephone: (415) 436-7004
 7     Fax: (415) 436-7234
       Email: andrew.caputo@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-07-70312 EDL (BZ) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| FREDERICK LIM JOHNSON and | ) | |
| EDWARD SANG KANG, | ) | |
| | ) | |
| Defendants. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the complaint in the above case and moves the Court to exonerate the bond applicable to Mr. Kang.

                                  Respectfully submitted,

                                  SCOTT N. SCHOOLS
                                United States Attorney

DATED: June 12, 2007          _____/s/_____
                                ANDREW P. CAPUTO
                                Assistant United States Attorney

1
2     Leave is granted to the government to dismiss the complaint.  It is further ordered that the
3  appearance bond applicable to Mr. Kang is hereby exonerated.
4
5
6  DATED: _____        _____
                                          BERNARD ZIMMERMAN
7                                         United States Magistrate Judge

NOTICE OF DISMISSAL
3-07-70312 EDL (BZ)